## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                                  Case No.: 14-28191-EPK

Sonya A. Green                                                                Chapter: 13


_____Debtor (s)_____/

## MOTION TO DISMISS CHAPTER 13 CASE WITHOUT PREJUDICE
## WITH PURPOSE TO REFILE CHAPTER 13 CASE

**NOW INTO COURT,** through undersigned counsel, comes SONYA. A. GREEN, the Debtor herein, and respectfully request that this case be dismissed without prejudice pursuant to 11 U.S.C. 1307(b).  This case has not been previously converted under Section 706, 1112 or 1208. The Debtor would state:

1. The Debtor filed a voluntary Chapter 13 petition on August 12, 2014.

2. The confirmed plan reflected that the Debtor were treating their secured creditor Bank of America regarding her homestead property through the MMM Prgoram.

3. On November 8, 2014, the Debtor filed A Motion to Participation in the Mortgage Modification Mediation Program.

4. An order was entered allowing participation.

5. Bank of America denied the modification.

6. Bank of America has a pending foreclosure action in state court.

7. The arrearage on the mortgage is approximately $45,330.26.

8. The Debtor explored the possibility of curing the mortgage in the current plan but as there are only 44 months remaining, the payment would not be feasible.

9. The Debtor wishes to dismiss the current bankruptcy to refile a new chapter 13 bankruptcy to cure the arrears over a 60 month period.

10. Due to the current foreclosure action, if the debtors were forced to wait a full six months, the creditor Bank of America may complete its foreclosure and the Debtors would lose their homestead.

11. That no creditors would be prejudiced if the instant case was dismissed without prejudice and a Chapter 13 case were filed.

12. Apart from the above-referenced case, there have been no prior bankruptcy filings by the Debtor in the past six (6) years.

**WHEREFORE** the Debtor, Sonya A. Green respectfully request that this Honorable Court enter an Order Dismissing Case *without prejudice* to permit the Debtor to file a new Chapter 13.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

 /s/Robert C. Gindel, Jr.
Robert C. Gindel, Jr., P.A.
Attorney for the Debtor
Florida State Bar No. 470740
1500 Gateway Boulevard, Suite 220,
Boynton Beach, FL 33426
Phone (561) 649-2344 / Facsimile (561) 965-8550
e-mail: robertgindel@robertgindel.com